# In the United States District Court for the Southern District of Georgia Waycross Division

ABNER MARTINEZ RINCON,

    Petitioner,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,

    Respondents.

5:24-cv-12

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to grant Respondents' Motion to Dismiss, to deny Petitioner Abner Rincon's ("Rincon") 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, and deny Rincon's Motion for Summary Judgment. Dkt. No. 22. Rincon did not file Objections to this Report and Recommendation, and the time to do so has elapsed.

Thus, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **GRANT** Respondents' Motion to Dismiss, **DENY** Rincon's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, and

**DENY** Rincon's Motion for Summary Judgment.  I also **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENY** Rincon *in forma pauperis* status on appeal.

**SO ORDERED**, this 21 day of November, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA